DEREBERY v. PITT COUNTY FIRE MARSHALL

No. 456PA85.

Case below: 76 N.C. App. 67.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 10 December 1985.

FRASER v. DI SANTI

No. 470P85.

Case below: 75 N.C. App. 654.

Petition by defendants for discretionary review under G.S. 7A-31 denied 10 December 1985.

HARRIS-TEETER SUPERMARKETS v. HAMPTON

No. 638P85.

Case below: 76 N.C. App. 649.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 December 1985.

IN RE APPLICATION OF GOFORTH PROPERTIES

No. 565P85.

Case below: 76 N.C. App. 231.

Petition by petitioners for discretionary review under G.S. 7A-31 denied 10 December 1985.

IN RE APPLICATION OF WATSON

No. 377P85.

Case below: 74 N.C. App. 607.

Petition by plaintiffs for discretionary review under G.S. 7A-31 is allowed 10 December 1985 for the purpose of entering an order vacating the unpublished opinion of the Court of Appeals and remanding this case to the Court of Appeals for further remand to the Superior Court of Wake County with direction to that court to allow plaintiffs' petition for writ of certiorari and to hear on the merits the matters raised in the petition.